UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 11-362 (JNE/JJG)

UNITED STATES OF AMERICA,       )
                                )
               Plaintiff,       )
                                )       PRELIMINARY ORDER
           v.                   )       OF FORFEITURE
                                )
(1) LAWRENCE DEANGELO WILLIAMSON, )
                                )
and                             )
                                )
(2) BOYD JEROME MORSON, II,     )
                                )
               Defendants.      )

Based on the United States' motion for a Preliminary Order of
Forfeiture; on the Plea Agreements entered into between the United
States and Defendants Lawrence Deangelo Williamson and Boyd Jerome
Morson, II; on the Court having found that certain property is
subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1), in
conjunction with 28 U.S.C. § 2461(c); and on the Court's
determination that, based on the Plea Agreements entered into by
the defendants and based on all of the files and records of this
proceeding, the government has established the requisite nexus
between such property and the offense to which the defendants have
pled guilty,

IT IS HEREBY ORDERED that:

1.    The Motion of the United States for a Preliminary Order
of Forfeiture [Docket No. 49] is GRANTED;

2.    A Beretta 92FS, 9mm pistol, serial number BER 246254, and any associated ammunition and accessories, is forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1), in conjunction with 28 U.S.C. § 2461(c);

3.    The Attorney General or his authorized designee may seize the foregoing property and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

4.    The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

5.    Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6.    Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee; and

7.   This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).


Dated:     3-14-2012          s/ Joan N. Ericksen
                              Joan N. Ericksen, Judge
                              United States District Court